## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### UNITED STATES OF AMERICA

**v.**                                         Case Number: 1:21-CR-00131

### SCOTT MEADOWS

## NOTICE OF ASSERTION OF RIGHT TO REMAIN SILENT
## AND NOT BE QUESTIONED BY ANY AUTHORITIES
## <u>OUTSIDE THE PRESENCE OF COUNSEL</u>

I, the above-named defendant, hereby assert my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not wish to have, nor do I consent to, any contact with any government official, including but not limited to law enforcement agents, except through my counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking a waiver of any rights, unless my counsel is present. The Government should so instruct its agents.

Respectfully submitted,

Date: 8/4/21

Date: 8/4/21

**DEFENDANT**

**Defense Counsel**
**Office of the Federal Public Defender**
**300 Virginia Street, East, Room 3400**
**Charleston, WV 25301**
**Telephone: (304) 347-3350**
**Facsimile: (304) 347-3356**