IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:21-cr-00131

DOUGLAS VINEYARD


MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by R. Gregory McVey, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:
    /s/ R. Gregory McVey
    R. GREGORY McVEY
    Assistant United States Attorney
    WV Bar No. 2511
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone:  304-345-2200
    Fax: 304-347-5104
    Email:  greg.mcvey@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 28th day of February, 2022, to:

E. Ward Morgan, Esquire
3217 E. Cumberland Road
Bluefield, WV  24701

/s/ R. Gregory McVey
R. GREGORY McVEY
Assistant United States Attorney
WV Bar No. 2511
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax: 304-347-5104
Email:  greg.mcvey@usdoj.gov